**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
<u>Richmond</u>    Division

In re   Ashley Manning

Case No.   10-37184

Debtor(s)

Chapter   7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___   Involuntary/Voluntary Petition *[Specify reason for amendment:* _____ *]*
___   *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on**_____.*]*
___   Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
___   Schedule A - Real Property
___   Schedule B - Personal Property
**X**   Schedule C - Property Claimed as Exempt
___   **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. **(** *$26.00 fee required* **if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)**   <u>**Check applicable statement(s):**</u>
　　___ **Creditor(s) added**　　___ **Creditor(s) deleted**
　　___ **Change in amounts owed or classification of debt**
　　___ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
　　___ **Post-petition creditors added (Schedule of Unpaid Debts)**
**REMINDER:** <u>**Conversion of Chapter 13 to Chapter 7**</u> – **only file Schedule of Unpaid Debts.**
___   Schedule G - Executory Contracts and Unexpired Leases
___   Schedule H – Codebtors
___   Schedule I - Current Income of Individual Debtor(s)
___   Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

___   Statement of Financial Affairs

___   Chapter 7 Individual Debtor's Statement of Intention

___   Chapter 11 List of Equity Security Holders

　　　Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

　　　Disclosure of Compensation of Attorney for Debtor

___   Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: <u>1st class mail and/or hand delivered and/or e-mail.</u>

Date:   <u>11/23/10</u>

Chris Winslow
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:   76156
Mailing Address:   P.O. Box 2108, Petersburg, VA 23804

[amendcs ver. 10/2007]　　　　　　　　Telephone No.:   804-732-8552

B6C (Official Form 6C) (4/10)

In re  **Ashley Manning**                                              Case No. __**10-37184**__
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia checking account | Va. Code Ann. § 34-4 | 100.00 | 100.00 |
| Bank of America checking account | | | |
| **Household Goods and Furnishings** | | | |
| t.v., computer | Va. Code Ann. § 34-26(4a) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| clothes, shoes, etc. | Va. Code Ann. § 34-26(4) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Ford Freestar Van | Va. Code Ann. § 34-26(8) | 1.00 | 8,485.00 |
| | Total: | **2,101.00** | **10,585.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re __Ashley Manning__                                    Case No. __10-37184__
                          Debtor(s)                         Chapter   __7__

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE C

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __1__ sheet and that it is true and correct to the best of my knowledge, information, and belief.

Date __November 23, 2010__          Signature  __/s/ Ashley Manning__
                                               **Ashley Manning**
                                               Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.