# United States Bankruptcy Court
## Eastern District of Virginia

In re __Ashley Manning_____  Case No. __10-37184__
                         Debtor(s)                Chapter __7__

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [ ] Schedule B - Personal Property
- [x] Schedule C - Property Claimed as [exempt]
- [ ] Schedule D, E, or F, and/or list of creditors — adding or deleting pre-petition creditors, changing amounts owed or classification of debt:
  - [ ] Creditor(s) added
  - [ ] Creditor(s) deleted
  - [ ] ...classification of debt
  - ...
- Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.
- Schedule G - Executory Contracts and Unexpired Leases
- Schedule H - Codebtors
- Schedule I - Current Income of Individual Debtor(s)
- ...

*NOTE: ... (BB20)(A) ... is still required when adding or deleting creditors...*

- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: ___

Pursuant to Federal Rule of Bankruptcy Procedure 1009, ... amendment(s) checked above has been ... affected by the amendment as follows: __1st class mail__.

Date: __December 9, 2010__

/s/ Chris Winslow
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: 76156
Mailing Address: **Law Office of Christopher M. Winslow, PLLC**
  P.O. Box 2108
  Petersburg, VA 23804
Telephone No.: 804-732-2889

I, **Ashley Manning** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: __December 9, 2010__     /s/ Ashley Manning

B6C (Official Form 6C) (4/10)

In re  **Ashley Manning**                                                                 Case No.   **10-37184**
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description | Specify Law | Value of Claimed Exemption | Current Value |
|---|---|---|---|
| TV, computer | Va. Code Ann. § 34-26(4a) | 1,000.00 | 1,000.00 |
| clothes, shoes, etc. | Va. Code Ann. § 34-26(4) | 1,000.00 | 1,000.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles 2002 Ford Webster Van | | | |

Total: 2,101.00  10,585.00

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Ashley Manning**                                                                  Case No.  **10-37184**
                                              Debtor(s)                                    Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  26  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 9, 2010**                        Signature  **/s/ Ashley Manning**
                                                             **Ashley Manning**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy