# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Ashley Manning** _____ Case No. **10-37184** _____

_____ Debtor(s)     Chapter  **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition. list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: _____ ]*
Check if applicable: ☐ Soc. Sec. No. amended. *[If applicable: **An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.** *]

☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☐ Schedule A - Real Property
☐ Schedule B - Personal Property
☒ Schedule C - Property Claimed as Exempt
☐ Schedule D, E, or F, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* Check applicable statement(s):

    ☐ Creditor(s) added      ☐ **Creditor(s) deleted**
    ☐ **Change in amounts owed or classification of debt**
    ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
    ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
    **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**

☐ Schedule G- Executory Contracts and Unexpired Leases
☐ Schedule H - Codebtors
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

☐ Statement of Financial Affairs
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Chapter 11 List of Equity Security Holders
☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☐ Disclosure of Compensation of Attorney for Debtor
☐ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:    **1st class mail** .

Date:  **December 9, 2010** _____

    **/s/ Chris Winslow**
    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
    State Bar No.:  **76156**
    Mailing Address: **Law Office of Christopher M. Winslow, PLLC**
                  **P.O. Box 2108**
                  **Petersburg, VA 23804**
    Telephone No.: **804-732-2889**

I, **Ashley Manning** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **December 9, 2010**        **/s/ Ashley Manning**

[amendes ver. 10/2007]

B6C (Official Form 6C) (4/10)

In re __**Ashley Manning**_____,      Case No. ____**10-37184**_____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4 1 13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia checking account | Va. Code Ann. § 34-4 | 100.00 | 100.00 |
| Bank of America checking account | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| t.v., computer | Va. Code Ann. § 34-26(4a) | 1,000.00 | 1,000.00 |
| | | | |
| **Wearing Apparel** | | | |
| clothes, shoes, etc. | Va. Code Ann. § 34-26(4) | 1,000.00 | 1,000.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Ford Freestar Van | Va. Code Ann. § 34-26(8) | 1.00 | 8,485.00 |
| | | | |
| | Total: | 2,101.00 | 10,585.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Ashley Manning**　　　　　　　　　　　　　　　　　　　　　　　Case No.　**10-37184**
　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____1____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date　**December 9, 2010**　　　　　　　　Signature　**/s/ Ashley Manning**
　　　　　　　　　　　　　　　　　　　　　　　　　**Ashley Manning**
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.